UNSEALED 10/31/14

United States District Court
Southern District of Texas
FILED

OCT 2 8 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-14-1609 |
| | § | |
| AIMEE AYLENE GONZALEZ | § | |

**SEALED**
**INDICTMENT**

**THE GRAND JURY CHARGES:**

**Count One**

On or about December 13, 2013, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

knowingly made a false statement and representation with respect to information required to be kept in the records of Danny's Pawn & Sporting Goods, of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of Two (2) Romarm, model WASR10, 7.62 x 39 mm rifles, in that the Defendant falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the Defendant was the actual buyer of the firearms described above, when in truth and fact, the Defendant knew that those statements and representations were false and that the Defendant was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Two

From on or about January 11, 2014, to on or about January 13, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### AIMEE AYLENE GONZALEZ

knowingly made a false statement and representation with respect to information required to be kept in the records of Danny's Pawn & Sporting Goods, of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of Two (2) Century Arms International, model Centurion, 7.62 x 39 mm rifles, in that the Defendant falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the Defendant was the actual buyer of the firearms described above, when in truth and fact, the Defendant knew that those statements and representations were false and that the Defendant was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Three

On or about January 11, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

knowingly made a false statement and representation with respect to information required to be kept in the records of Danny's Pawn & Sporting Goods, of McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of  Two (2) Romarm, model WASR10, 7.62 x 39 mm rifles, in that the Defendant falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the Defendant was the actual buyer of the firearms described above, when in truth and fact that the defendant knew that those statements and representations were false and that the Defendant was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Four

On or about January 24, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**and**

knowingly made, aided and abetted, and willfully caused to be made a false statement and representation with respect to information required to be kept in the records of Johnny's True Value Hardware, of Harlingen, Texas, a federally licensed firearms dealer, in connection with the acquisition of One (1) Century Arms, model Saiga, 7.62 x 39 mm rifle and One (1), Century Arms International, model Centurion, 7.62 x 39 mm rifle, in that the Defendant,

, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the Defendant,                       , was the actual buyer of the firearms described above, when in truth and fact the defendants knew that those statements and representations were false and that the Defendant,                       , was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants,

**and**

that upon conviction of a violation of Title 18, United States Code, Section 922(g), all firearms and ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

    1 Romearm, Model WASR, 7.62 x 39 mm rifle, serial number: 1974FD0916
    1 Romearm, Model WASR, 7.62 x 39 mm rifle, serial number: 1965HI3797
    1 Century Arms, Model Saiga, 7.62 x .39 mm rifle, serial number: H09604486
1 Century Arms International, Model Centurion, 7.62 x .39 mm rifle, serial number: 39NC03938

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY